GEORGE HOLLAND, JR., Bar No. 216735
HOLLAND LAW FIRM
600 16th Street, Suite 100
Oakland, CA 94612
Telephone     510.465.4939
E-mail:       george@hlfirm.com

Attorneys for Plaintiff
WALTER MCGILBERT

RONALD D. ARENA, Bar No. 218421
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:    415.433.1940
E-mail:       rarena@littler.com

JAMES Y. WU, Bar No. 213090
ALLISON R. BALC, Bar No. 214962
LITTLER MENDELSON
A Professional Corporation
2175 North California Blvd., Suite 835
Walnut Creek, CA 94596.3565
Telephone:    925.932.2468
E-mail:       jywu@littler.com
E-mail:       abalc@littler.com

Attorneys for Defendant
INTERSTATE HOTELS & RESORTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER MCGILBERT,<br><br>          Plaintiff,<br><br>     v.<br><br>FOUR POINTS SHERATON, AND DOES 1 TO 20,<br><br>          Defendants. | Case No. C06-03499 MMC<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Maxine M. Chesney |
|---|---|

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE

1  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Civil Local Rule 7-12, it is hereby stipulated by and between Plaintiff WALTER MCGILBERT and Defendant INTERSTATE HOTELS & RESORTS, INC. (incorrectly named as "Four Points Sheraton"), by and through their designated counsel to this action that the above-captioned action is hereby dismissed with prejudice in its entirety, and that the parties shall bear their own costs and fees.

**IT IS SO STIPULATED.**

Dated: October ___, 2006

Respectfully Submitted

_____
GEORGE HOLLAND, JR.
HOLLAND LAW FIRM
Attorneys for Plaintiff
WALTER MCGILBERT

Dated: October 19, 2006

_____
JAMES Y. WU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
INTERSTATE HOTELS & RESORTS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 20, 2006

_____
HON. MAXINE M. CHESNEY
JUDGE, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:81549929.1 019369.1064

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE